Eastern Dist:
*June*, 1827.

---

### BONNET & AL. vs. RAMSAY.

APPEAL from the court of the first district.

MATTHEWS, J. delivered the opinion of the court. This is a redhibitory action commenced for the purpose of causing the sale of slaves to be rescinded, and the recovery of the price paid by the plaintiffs, with damages, &c.

*Prescription is not interrupted by filing the petition, but by its service.*

The defendant pleaded several matters in defence, and amongst others, prescription.— The cause was submitted to a jury in the court below, who found a verdict for the defendant, and judgment was rendered in pursuance thereof, from which the plaintiffs appealed.

Believing that the defence is legally supported by the plea of prescription, we shall examine that point alone. The redhibitory action is subjected by our laws to the shortest periods of prescription, which, under no circumstances, could be extended beyond one year, according to the provisions of the old civil code, which must govern in the present case. The sale of the slave charged with the redhi-

Eastern Dist bitory vice of having the habit of running
*June*, 18 7.
away, was made on the 3d of July, 1824.—
BONNET & AL The citation came into the hands of the she-
*vs.*
RAMSAY. riff on the 2d day of July, 1825, but accord-
ing to his return, was not served on the de-
fendant until the 6th of that month. There
are two modes of interrupting prescriptions—
natural and legal. The interruption now con-
tended for by the plaintiff is of the latter kind,
which takes place only from the service of ci-
tation to appear in a court of justice. *See
old Civil Code, p. 484, art. 52.* The date of
sale being the 3d of July, 1824, and the ser-
vice of citation not having been made until the
6th of July, 1825, the term of prescription
had elapsed without interruption, and must be
held to protect the defendant in this suit.

It is therefore ordered, adjudged and de-
creed, that the judgment of the district court
be affirmed with costs.

*De Armas* for the plaintiff, *Waggaman* for
the defendant.